

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 20, 2022

**VIA ECF**
Honorable Georgette Castner, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Victoria Spataro et al. v. Value Drug Company*
             **Civil Action No.: 3:22-cv-06910 (GC-TJB)**

Dear Judge Castner:

    This firm represents Movants Victoria Spataro, Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Watson Laboratories Inc. (collectively, "Movants") in the above-referenced matter. On November 30, 2022, Movants filed and served a Motion to Quash Subpoena for Personal Phone Records and Location Data (ECF No. 1). That motion is presently returnable before Your Honor on January 3, 2023. On December 8, 2022, Respondent withdrew its Subpoena issued and served on Verizon. As Movants' pending motion is now moot, Movants seek to withdraw that motion.

    If Movants' withdrawal of the pending motion is acceptable to Your Honor, Movants respectfully request that Your Honor "So Order" this letter, enter it on the docket, and that the Clerk's Office be directed to remove the motion from the Court's motion calendar.

    We thank the Court for its consideration of this request and remain available should Your Honor or Your Honor's staff have any questions.

                                        Respectfully submitted,

                                        *s/Liza M. Walsh*

                                        Liza M. Walsh

cc:     All Counsel of Record (via E-Mail)

SO ORDERED:

_____
Hon. Georgette Castner, U.S.D.J.